### 365. WILLIAMS v. THE STATE.

POWELL, J. 1. The verdict was authorized by the evidence.

2. The court having charged the jury the law of justifiable homicide, as contained in the Penal Code, §§70 and 71, it was not error of which the defendant (especially in the absence of written request) can complain, that the court failed to give in charge also the rule contained in the Penal Code, §73, although a charge embodying the principles of that section may have been authorized by the evidence; since the last mentioned section tends to limit the right of self-defense, and not to extend it.                                                    *Judgment affirmed.*

Conviction of manslaughter, from Tift superior court—Judge Mitchell.   January 16, 1907.

Argued March 21,—Decided March 22, 1907.

*T. R. Perry, Fulwood & Murray,* for plaintiff in error.

*W. E. Thomas, solicitor-general,* by *W. E. Talley,* contra.

---

### 116.  CARREKER v. THORNTON.

POWELL, J. Where a party against whom a verdict has been rendered makes a motion for new trial, he can not properly, while the same is still pending and undisposed of, bring to this court for review any ruling, order, or decision made by the judge during the progress of the case, or the judgment entered upon the verdict. *Dulce* v. *Story,* 113 *Ga.* 112, and cases cited; *Kelly* v. *Moore,* 125 *Ga.* 382.

                                                    *Writ of error dismissed.*

Argued February 19,—Decided March 28,—Rehearing denied April 16, 1907.